■ In the Matter of the Arbitration between PUBLISHERS' ASSOCIATION OF NEW YORK CITY, Respondent, and NEWSPAPER AND MAIL DELIVERERS' UNION OF NEW YORK AND VICINITY, Appellant.— Order unanimously affirmed, on the law, with $20 costs and disbursements to petitioner-respondent. The dispute between the parties is not one that is arbitrable under this contract. The only nexus between the employees on whose behalf arbitration is sought, and the *New York Mirror,* from whom they seek relief, is subdivision B of section 12. However, that subdivision read in context with the entire section clearly indicates that it was never intended to apply to a dispute between employees of a distributor who had a separate collective bargaining agreement with this very union and such construction has been clearly borne out by the course of conduct of the union. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ M. & L. HESS, INC., Respondent, v. 2 LEXINGTON AVENUE CORP., Defendant, and HERBERT R. WEISSBERG et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of F. & P. MANAGEMENT Co., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of FRED G. MORITT et al., Appellants, against ROBERT F. WAGNER et al., Individually and Constituting the Board of Estimate of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHELE MIRANDA, Appellant, against JOHN J. McCLOSKEY, as Sheriff of the City of New York, et al., Respondents.— Order unanimously reversed, on the law and on the facts, and application granted, without costs, on the authority of *People ex rel. Valenti* v. *McCloskey* (8 A D 2d 74, affd. 6 N Y 2d 390) and *Matter of Commission of Investigation* v. *Lombardozzi* (9 A D 2d 95). Settle order. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.